No. P67/237.—Victoria Distributors, Inc. *v.* United States, protests 64/11152, 64/11165, and 64/11167 (Philadelphia).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hand-operated bicycle air pumps similar in all material respects to those the subject of *Victoria Distributors, Inc.* v. *United States* (56 Cust. Ct. 284, C.D. 2639), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 18, 1967

No. P67/238.—Hershey Co. *v.* United States, protest 66/2387 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of certain vinyl articles similar in all material respects to those the subject of *Zenith Novelty Co. et al.* v. *United States* (49 Cust. Ct. 215, Abstract 67011), the claim of the plaintiff was sustained.

No. P67/239.—W. J. Byrnes, a/c St. Mary of Assumption Church *v.* United States, protest 66/57429 (Los Angeles).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of faceted stained glass window panels which are works of art, imported for and installed in a church, similar in all material respects to the stained glass windows the subject of *Mission of San Gabriel* and *W. J. Byrnes & Co.* v. *United States* (44 Cust. Ct. 157, C.D. 2171); *V. Rev. Kilian McGowan, C. P. Rector* v. *United States* (56 Cust. Ct. 450, C.D. 2673); and *Castelazo & Associates et al.* v. *United States* (57 Cust. Ct. 67, C.D. 2728), the claim of the plaintiff was sustained.